# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL DOCKET NO.: 5:07CV68-V

| | |
|---|---|
| JOHNATHAN BYNUM,        ) | |
|                           ) | |
|        Plaintiff,      ) | |
|                           ) | |
|        v.              ) | **ORDER** |
|                           ) | |
| SOCIAL SECURITY ADMINISTRATION,  ) | |
|                           ) | |
|        Defendant.    ) | |
| _____ ) | |

       **THIS MATTER** comes before the Court on Defendant's Motion to Dismiss for Lack of Jurisdiction filed on August 21, 2007.  (Document #5).  To date, Plaintiff has not responded.

       **IT IS, THEREFORE, ORDERED** that **on or before Monday, October 23, 2007**, Plaintiff Bynum shall **RESPOND** to Defendant's Motion to Dismiss for Lack of Jurisdiction, *inter alia*, or **SHOW CAUSE** why this civil case should not be dismissed in its entirety.

       **IT IS FURTHER ORDERED** that a copy of this Order shall be served on Plaintiff, via certified mail, return receipt requested.

       **PLAINTIFF JOHNATHAN BYNUM TAKE NOTE:**

       **FAILURE TO RESPOND ON OR BEFORE OCTOBER 23, 2007 WILL RESULT IN SUMMARY DISMISSAL OF YOUR LAWSUIT AND ALL CLAIMS AGAINST DEFENDANT.**

Signed: September 21, 2007

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge