# United States District Court
# For The Western District of North Carolina
# Statesville Division

JOHNATHAN BYNUM,

       Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:07CV68

SOCIAL SECURITY ADMINISTRATON,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 6, 2007, Order.

                                        Signed: November 6, 2007

                                        Frank G. Johns, Clerk
                                        United States District Court